870 A.2d 623

IN THE MATTER OF ANTHONY C. NWAKA, AN ATTORNEY
AT LAW (ATTORNEY NO. 031921991).

April 1, 2005.

**Corrected**

**O R D E R**

The Disciplinary Review Board having filed with the Court its
decision in DRB 04–323, recommending that **ANTHONY C.
NWAKA,** formerly of **EAST ORANGE,** who was admitted to the
bar of this State in 1992, and who has been suspended from the
practice of law since August 3, 2003, pursuant to Orders of the
Court filed on July 2, 2003, and February 26, 2004, be disbarred
for the knowing misappropriation of client trust funds in violation
of *RPC* 1.15 and *RPC* 8.4(c), and the principles of *In re Wilson*, 81
*N.J.* 451, 409 *A.*2d 1153 (1979);

And **ANTHONY C. NWAKA** having failed to appear as ordered
to show cause why he should not be disbarred or otherwise
disciplined;

And good cause appearing;

It is ORDERED that **ANTHONY C. NWAKA** be disbarred,
effective immediately, and that his name be stricken from the roll
of attorneys;  and it is further

ORDERED that all funds, if any, currently existing in any New
Jersey financial institution maintained by ANTHONY C. NWA-
KA, pursuant to *Rule* 1:21–6 be restrained from disbursement
except on application to this Court, for good cause shown, and
shall be transferred by the financial institution to the Clerk of the
Superior Court, who is directed to deposit the funds in the
Superior Court Trust Fund pending the further Order of this
Court;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **ANTHONY C. NWAKA** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.